# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GIESILA C. McGUIRE, et al.,** )   ) | |
| **Plaintiffs,** )   ) | **8:05CV498** |
| vs. )   ) | **ORDER** |
| **UNITED AIR LINES, INC.,** )   ) | |
| **Defendant.** ) | |

This matter is before the court on plaintiffs' unopposed motion for enlargement of time to meet and confer (#14). For good cause shown,

**IT IS ORDERED** that the motion for enlargement of time (#14) is granted. The parties shall meet and confer pursuant to Fed. R. Civ. P. 26(f) and file their planning report with the court within **thirty (30) days** after the district court rules on the defendant's MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT (#11).

**DATED October 17, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**