## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GIESILA C. McGUIRE, and SHARON K. WEES,** ) </br> ) </br> **Plaintiffs,** ) </br> ) </br> vs. ) </br> ) </br> **UNITED AIRLINES, INC., A Delaware Corporation,** ) </br> ) </br> **Defendant.** ) | **CASE NO. 8:05CV498** </br></br></br></br></br> **ORDER** |

This matter is before the Court on the Plaintiffs' Motion for an Extension of Response Deadline related to the Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment. Plaintiffs seek an additional 20 days to respond to the Defendant's motion. The Defendant does not object to the extension of time, and I find that the additional time should be granted. Accordingly,

IT IS ORDERED:

1. The Plaintiffs' Motion for an Extension of Response Deadline (Filing No. 16) is granted;

2. Plaintiffs' response to the Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment shall be filed on or before Friday, March 10, 2006.

Dated this 24th day of February, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge