## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GIESILA C. McGUIRE, and**<br>**SHARON K. WEES,** | ) | **CASE NO. 8:05CV498** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **UNITED AIRLINES, INC., A Delaware** | ) | |
| **Corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Unopposed Motion to Extend Time to Reply in Support of Motion to Dismiss or, in the Alternative, for Summary Judgment (Filing No. 20). Defendant seeks an additional 21 days in which to file its Reply Brief and other reply papers in support of its motion. The Plaintiffs have not objected to the extension of time, and I find that the additional time should be granted. Accordingly,

IT IS ORDERED:

1.    The Defendant's Motion to Extend Time to Reply in Support of Motion to Dismiss or, in the Alternative, for Summary Judgment (Filing No. 20) is granted;

2.    Defendant's  Reply Brief and any other submissions in support of its motion shall be filed on or before Friday, April 7, 2006.

Dated this 4th day of April, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge